**Frank HOWARD, Appellant,**

v.

**Michael GROOSE, et al., Respondents.**

No. WD 46462.

Missouri Court of Appeals,
Western District.

Oct. 27, 1992.

Frank Howard, pro se.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for respondents.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of civil action for failure to state grounds upon which relief can be granted.

Judgment affirmed. Rule 84.16(b).